JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
*mkenefick@jmbm.com*
SEBASTIEN NGUYEN (Bar No. 340913)
*SNguyen@jmbm.com*
333 Bush Street, 11th Floor
San Francisco, California 94104-2872
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant The Estée Lauder Companies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IRMA RIOS, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTÉE LAUDER COMPANIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-03279-AC<br><br>**DEFENDANT THE ESTÉE LAUDER COMPANIES, INC.'S ANSWER TO COMPLAINT**<br><br>Action Filed: November 12, 2025<br>Trial Date: Not Set<br><br>Assigned to: Hon. Allison Claire |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant THE ESTÉE LAUDER COMPANIES, INC.("**Defendant**") answers the Class Action Complaint of Plaintiff IRMA RIOS ("**Plaintiff**") and asserts its affirmative defenses as follows:

## NATURE OF THE ACTION

1. Answering Paragraph 1, Defendant admits that it owns and operates www.maccosmetics.com (the "**Website**"). Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

2. Answering Paragraph 2, Defendant denies each and every allegation contained therein.

3. Answering Paragraph 3, Defendant denies each and every allegation contained therein.

4. Answering Paragraph 4, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5. Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6. Answering Paragraph 6, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7. Answering Paragraph 7, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 7 further contains legal conclusions and argument as to which no response is required.

8. Answering Paragraph 8, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 8 further contains legal conclusions and argument as to which no response is required.

9. Answering Paragraph 9, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10. Answering Paragraph 10, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11. Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12. Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14. Answering Paragraph 14, Defendant denies each and every allegation contained therein.

15. Answering Paragraph 15, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 15 further contains legal conclusions and argument as to which no response is required.

**PARTIES**

16. Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18. Answering Paragraph 18, Defendant admits the allegations contained therein.

19. Answering Paragraph 19, Defendant admits the allegations contained therein.

20. Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21. Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22. Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 22 further contains legal conclusions and argument as to which no response is required.

## **JURISDICTION AND VENUE**

23. Answering Paragraph 23, Defendant denies each and every allegation contained therein.

24. Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25. Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 25 further contains legal conclusions and argument as to which no response is required.



JMBM Jeffer Mangels Butler & Mitchell LLP

26. Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27. Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28. Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29. Answering Paragraph 29, Defendant denies each and every allegation contained therein..

30. Answering Paragraph 30, Defendant denies each and every allegation contained therein.

**GENERAL ALLEGATIONS**

31. Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32. Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33. Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis



JMBM Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34. Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35. Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36. Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37. Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38. Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39. Answering Paragraph 39, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40. Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41. Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42. Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43. Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44. Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45. Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46. Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47. Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM Jeffer Mangels Butler & Mitchell LLP

JMBM Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48. Answering Paragraph 48, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49. Answering Paragraph 49, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50. Answering Paragraph 50, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51. Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52. Answering Paragraph 52, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53. Answering Paragraph 53, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54. Answering Paragraph 54, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55. Answering Paragraph 55, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56. Answering Paragraph 56, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57. Answering Paragraph 57, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 57 further contains legal conclusions and argument as to which no response is required.

58. Answering Paragraph 58, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59. Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60. Answering Paragraph 60, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61. Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62. Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63. Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64. Answering Paragraph 64, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 64 further contains legal conclusions and argument as to which no response is required.

65. Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66. Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67. Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68. Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69. Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70. Answering Paragraph 70, Defendant denies each and every allegation contained therein.

71. Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72. Answering Paragraph 72, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73. Answering Paragraph 73, Defendant denies each and every allegation contained therein.

74. Answering Paragraph 74, Defendant denies each and every allegation contained therein.

75. Answering Paragraph 75, Defendant denies each and every allegation contained therein.

76. Answering Paragraph 76, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77. Answering Paragraph 77, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM | Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78. Answering Paragraph 78, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79. Answering Paragraph 79, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80. Answering Paragraph 80, Defendant denies each and every allegation contained therein.

81. Answering Paragraph 81, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 81 further contains legal conclusions and argument as to which no response is required.

82. Answering Paragraph 82, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83. Answering Paragraph 83, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84. Answering Paragraph 84, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85. Answering Paragraph 85, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 85 further contains legal conclusions and argument as to which no response is required.

86. Answering Paragraph 86, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87. Answering Paragraph 87, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88. Answering Paragraph 88, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 88 further contains legal conclusions and argument as to which no response is required.

89. Answering Paragraph 89, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90. Answering Paragraph 90, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91. Answering Paragraph 91, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 91 further contains legal conclusions and argument as to which no response is required.

JMBM Jeffer Mangels Butler & Mitchell LLP

92. Answering Paragraph 92, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93. Answering Paragraph 93, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94. Answering Paragraph 94, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95. Answering Paragraph 95, Defendant denies each and every allegation contained therein.

96. Answering Paragraph 96, Defendant denies each and every allegation contained therein.

97. Answering Paragraph 97, Defendant denies each and every allegation contained therein.

98. Answering Paragraph 98, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 98 further contains legal conclusions and argument as to which no response is required.

99. Answering Paragraph 99, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 99 further contains legal conclusions and argument as to which no response is required.

100. Answering Paragraph 100, Defendant denies each and every allegation contained therein.

JMBM Jeffer Mangels Butler & Mitchell LLP

101. Answering Paragraph 101, Defendant denies each and every allegation contained therein.

102. Answering Paragraph 102, Defendant denies each and every allegation contained therein.

103. Answering Paragraph 103, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104. Answering Paragraph 104, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105. Answering Paragraph 105, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106. Answering Paragraph 106, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107. Answering Paragraph 107, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 107 further contains legal conclusions and argument as to which no response is required.

108. Answering Paragraph 108, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109. Answering Paragraph 109, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110. Answering Paragraph 110, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 110 further contains legal conclusions and argument as to which no response is required.

111. Answering Paragraph 111, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 111 further contains legal conclusions and argument as to which no response is required.

112. Answering Paragraph 112, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 112 further contains legal conclusions and argument as to which no response is required.

113. Answering Paragraph 113, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 113 further contains legal conclusions and argument as to which no response is required.

114. Answering Paragraph 114, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 114 further contains legal conclusions and argument as to which no response is required.

115. Answering Paragraph 115, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 115 further contains legal conclusions and argument as to which no response is required.

116. Answering Paragraph 116, Defendant denies each and every allegation contained therein.

117. Answering Paragraph 117, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 117 further contains legal conclusions and argument as to which no response is required.

118. Answering Paragraph 118, Defendant denies each and every allegation contained therein.

119. Answering Paragraph 119, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 119 further contains legal conclusions and argument as to which no response is required.

120. Answering Paragraph 120, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 120 further contains legal conclusions and argument as to which no response is required.

121. Answering Paragraph 121, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 121 further contains legal conclusions and argument as to which no response is required.

122. Answering Paragraph 122, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 122 further contains legal conclusions and argument as to which no response is required.

123. Answering Paragraph 123, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 123 further contains legal conclusions and argument as to which no response is required.

124. Answering Paragraph 124, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 124 further contains legal conclusions and argument as to which no response is required.

125. Answering Paragraph 125, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126. Answering Paragraph 126, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 126 further contains legal conclusions and argument as to which no response is required.

127. Answering Paragraph 127, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 127 further contains legal conclusions and argument as to which no response is required.

128. Answering Paragraph 128, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 128 further contains legal conclusions and argument as to which no response is required.

129. Answering Paragraph 129, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 129 further contains legal conclusions and argument as to which no response is required.

130. Answering Paragraph 130, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 130 further contains legal conclusions and argument as to which no response is required.

131. Answering Paragraph 131, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 131 further contains legal conclusions and argument as to which no response is required.

132. Answering Paragraph 132, Defendant denies each and every allegation contained therein.

133. Answering Paragraph 133, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 133 further contains legal conclusions and argument as to which no response is required.

134. Answering Paragraph 134, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 134 further contains legal conclusions and argument as to which no response is required.

135. Answering Paragraph 135, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 135 further contains legal conclusions and argument as to which no response is required.

136. Answering Paragraph 136, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 136 further contains legal conclusions and argument as to which no response is required.

137. Answering Paragraph 137, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 137 further contains legal conclusions and argument as to which no response is required.

138. Answering Paragraph 138, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 138 further contains legal conclusions and argument as to which no response is required.

139. Answering Paragraph 139, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 139 further contains legal conclusions and argument as to which no response is required.

140. Answering Paragraph 140, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 140 further contains legal conclusions and argument as to which no response is required.

141. Answering Paragraph 141, Defendant denies each and every allegation contained therein.

142. Answering Paragraph 142, Defendant denies each and every allegation contained therein.

143. Answering Paragraph 143, Defendant denies each and every allegation contained therein.

144. Answering Paragraph 144, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 144 further contains legal conclusions and argument as to which no response is required.

145. Answering Paragraph 145, Defendant denies each and every allegation contained therein.

146. Answering Paragraph 146, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 146 further contains legal conclusions and argument as to which no response is required.

147. Answering Paragraph 147, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 147 further contains legal conclusions and argument as to which no response is required.

## SPECIFIC ALLEGATIONS

148. Answering Paragraph 148, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 148 further contains legal conclusions and argument as to which no response is required.

149. Answering Paragraph 149, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 149 further contains legal conclusions and argument as to which no response is required.

150. Answering Paragraph 150, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 150 further contains legal conclusions and argument as to which no response is required.

151. Answering Paragraph 151, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 151 further contains legal conclusions and argument as to which no response is required.

152. Answering Paragraph 152, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 152 further contains legal conclusions and argument as to which no response is required.

153. Answering Paragraph 153, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 153 further contains legal conclusions and argument as to which no response is required.

154. Answering Paragraph 154, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 154 further contains legal conclusions and argument as to which no response is required.

155. Answering Paragraph 155, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 155 further contains legal conclusions and argument as to which no response is required.

156. Answering Paragraph 156, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 156 further contains legal conclusions and argument as to which no response is required.

157. Answering Paragraph 157, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 157 further contains legal conclusions and argument as to which no response is required.

158. Answering Paragraph 158, Defendant denies each and every allegation contained therein.

159. Answering Paragraph 159, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 159 further contains legal conclusions and argument as to which no response is required.

160. Answering Paragraph 160, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 160 further contains legal conclusions and argument as to which no response is required.

161. Answering Paragraph 161, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 161 further contains legal conclusions and argument as to which no response is required.

162. Answering Paragraph 162, Defendant denies each and every allegation contained therein.

163. Answering Paragraph 163, Defendant denies each and every allegation contained therein.

164. Answering Paragraph 164, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 164 further contains legal conclusions and argument as to which no response is required.

165. Answering Paragraph 165, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 165 further contains legal conclusions and argument as to which no response is required.

166. Answering Paragraph 166, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 166 further contains legal conclusions and argument as to which no response is required.

167. Answering Paragraph 167, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 167 further contains legal conclusions and argument as to which no response is required.

168. Answering Paragraph 168, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 168 further contains legal conclusions and argument as to which no response is required.

169. Answering Paragraph 169, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

JMBM Jeffer Mangels Butler & Mitchell LLP

denies such allegations. Paragraph 169 further contains legal conclusions and argument as to which no response is required.

170. Answering Paragraph 170, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 170 further contains legal conclusions and argument as to which no response is required.

171. Answering Paragraph 171, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 171 further contains legal conclusions and argument as to which no response is required.

172. Answering Paragraph 172, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 172 further contains legal conclusions and argument as to which no response is required.

173. Answering Paragraph 173, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 173 further contains legal conclusions and argument as to which no response is required.

174. Answering Paragraph 174, Defendant denies each and every allegation contained therein.

175. Answering Paragraph 175, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 175 further contains legal conclusions and argument as to which no response is required.

176. Answering Paragraph 176, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 176 further contains legal conclusions and argument as to which no response is required.



JMBM Jeffer Mangels Butler & Mitchell LLP

177. Answering Paragraph 177, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 177 further contains legal conclusions and argument as to which no response is required.

178. Answering Paragraph 178, Defendant denies each and every allegation contained therein.

179. Answering Paragraph 179, Defendant denies each and every allegation contained therein.

180. Answering Paragraph 180, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 180 further contains legal conclusions and argument as to which no response is required.

181. Answering Paragraph 181, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 181 further contains legal conclusions and argument as to which no response is required.

182. Answering Paragraph 182, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 182 further contains legal conclusions and argument as to which no response is required.

183. Answering Paragraph 183, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 183 further contains legal conclusions and argument as to which no response is required.

184. Answering Paragraph 184, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 184 further contains legal conclusions and argument as to which no response is required.



JMBM Jeffer Mangels Butler & Mitchell LLP

185. Answering Paragraph 185, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 185 further contains legal conclusions and argument as to which no response is required.

186. Answering Paragraph 186, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 186 further contains legal conclusions and argument as to which no response is required.

187. Answering Paragraph 187, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 187 further contains legal conclusions and argument as to which no response is required.

188. Answering Paragraph 188, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 188 further contains legal conclusions and argument as to which no response is required.

189. Answering Paragraph 189, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 189 further contains legal conclusions and argument as to which no response is required.

190. Answering Paragraph 190, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 190 further contains legal conclusions and argument as to which no response is required.

191. Answering Paragraph 191, Defendant denies each and every allegation contained therein.

192. Answering Paragraph 192, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 192 further contains legal conclusions and argument as to which no response is required.

193. Answering Paragraph 193, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 193 further contains legal conclusions and argument as to which no response is required.

194. Answering Paragraph 194, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 194 further contains legal conclusions and argument as to which no response is required.

195. Answering Paragraph 195, Defendant denies each and every allegation contained therein.

196. Answering Paragraph 196, Defendant denies each and every allegation contained therein.

197. Answering Paragraph 197, Defendant denies each and every allegation contained therein.

198. Answering Paragraph 198, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 198 further contains legal conclusions and argument as to which no response is required.

199. Answering Paragraph 199, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 199 further contains legal conclusions and argument as to which no response is required.

200. Answering Paragraph 200, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 200 further contains legal conclusions and argument as to which no response is required.

201. Answering Paragraph 201, Defendant denies each and every allegation contained therein.

202. Answering Paragraph 202, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 202 further contains legal conclusions and argument as to which no response is required.

203. Answering Paragraph 203, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 203 further contains legal conclusions and argument as to which no response is required.

204. Answering Paragraph 204, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 204 further contains legal conclusions and argument as to which no response is required.

205. Answering Paragraph 205, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 205 further contains legal conclusions and argument as to which no response is required.

206. Answering Paragraph 206, Defendant denies each and every allegation contained therein.

207. Answering Paragraph 207, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 207 further contains legal conclusions and argument as to which no response is required.

208. Answering Paragraph 208, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 208 further contains legal conclusions and argument as to which no response is required.



JMBM Jeffer Mangels Butler & Mitchell LLP

209. Answering Paragraph 209, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 209 further contains legal conclusions and argument as to which no response is required.

210. Answering Paragraph 210, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 210 further contains legal conclusions and argument as to which no response is required.

211. Answering Paragraph 211, Defendant denies each and every allegation contained therein.

212. Answering Paragraph 212, Defendant denies each and every allegation contained therein.

## CLASS ALLEGATIONS

213. Answering Paragraph 213, Defendant admits that Plaintiff brings this action individually and on behalf of all those similarly situated. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

214. Answering Paragraph 214, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 214 further contains legal conclusions and argument as to which no response is required.

215. Answering Paragraph 215, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 215 further contains legal conclusions and argument as to which no response is required.

216. Answering Paragraph 216, Defendant denies each and every allegation contained therein.

217. Answering Paragraph 217, Defendant denies each and every allegation contained therein.

218. Answering Paragraph 218, Defendant denies each and every allegation contained therein.

219. Answering Paragraph 219, Defendant denies each and every allegation contained therein.

220. Answering Paragraph 220, Defendant denies each and every allegation contained therein.

**FIRST CAUSE OF ACTION**

**Violations of Cal. Penal Code § 638.51**

221. Answering Paragraph 221, Defendant hereby incorporates by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations made in response to all previous paragraphs as though fully set forth herein.

222. Answering Paragraph 222, Defendant admits that Plaintiff brings this claim individually and on behalf of the members of the proposed class. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

223. Answering Paragraph 223, Defendant denies each and every allegation contained therein.

224. Answering Paragraph 224, Defendant denies each and every allegation contained therein.

**SECOND CAUSE OF ACTION**

**Violation of Cal. Penal Code § 631**

225. Answering Paragraph 225, Defendant hereby incorporates by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations made in response to all previous paragraphs as though fully set forth herein.

226. Answering Paragraph 226, Defendant admits that Plaintiff brings this claim individually and on behalf of the proposed class. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

227. Answering Paragraph 227, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis

denies such allegations. Paragraph 227 further contains legal conclusions and argument as to which no response is required.

228. Answering Paragraph 228, Defendant denies each and every allegation contained therein.

229. Answering Paragraph 229, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 229 further contains legal conclusions and argument as to which no response is required.

230. Answering Paragraph 230, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 230 further contains legal conclusions and argument as to which no response is required.

231. Answering Paragraph 231, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 231 further contains legal conclusions and argument as to which no response is required.

232. Answering Paragraph 232, Defendant denies each and every allegation contained therein.

233. Answering Paragraph 233, Defendant denies each and every allegation contained therein.

234. Answering Paragraph 234, Defendant denies each and every allegation contained therein.

## PRAYER FOR RELIEF

Answering Plaintiff's Prayer for Relief, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.



JMBM Jeffer Mangels Butler & Mitchell LLP

JMBM Jeffer Mangels Butler & Mitchell LLP

**FIRST AFFIRMATIVE DEFENSE**

**(Good Faith)**

1. Defendant is not liable for violations of Cal. Penal Code §§ 638.51 and 631 because Defendant's provision of data collection on its website is reasonable and in good faith. Defendant had in place expansive privacy agreements with its data processors expressly limiting their use of any data and requiring compliance with all laws.

**SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

2. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred, in whole or in part, by the existence of consent, disclosure, notification, ratification, acquiescence, authorization, and/or acceptance because Defendant's online terms and conditions and privacy policy disclosed Defendant's collection and use of Plaintiff and the putative class members' information. Defendant reasonably and in good faith believed that Plaintiff and the putative class members consented to Defendant's use of its data collection when they freely and knowingly chose to use said website after being informed of the privacy implications through Defendant's online terms and conditions and/or privacy policy.

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver)**

3. Since Plaintiff and the putative class members freely and knowingly chose to consent to and use Defendant's website after being informed of the privacy implications through Defendant's online terms and conditions and/or privacy policy, Plaintiff and the putative class members waived their privacy rights and potential recovery under Cal. Penal Code §§ 638.51 and 631 against Defendant.

**FOURTH AFFIRMATIVE DEFENSE**

**(Class Action Waiver)**

4. This action may not be properly maintained or certified as a class action because, among other reasons, Plaintiff and the putative class members waived the right to participate in a class action by consenting to the terms and conditions on Defendant's website.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

5. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred for their failure to mitigate any purported damages. Plaintiff and the putative class members could have avoided their alleged harm and damages had Plaintiff and the putative class members reasonably read and/or reviewed Defendant's online terms and conditions and privacy policy as they relate to Defendant's collection and use of online visitor information.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for relief as follows:

1. That the Complaint be dismissed, with prejudice and in its entirety;

2. That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendant;

3. That Defendant be awarded its costs incurred in defending this action;

4. That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED: December 23, 2025

JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK
SEBASTIEN NGUYEN

By: ______________________
MATTHEW S. KENEFICK
Attorneys for The Estée Lauder Companies, Inc.

JMBM Jeffer Mangels Butler & Mitchell LLP