Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff IRMA RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RIOS, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTEE LAUDER COMPANIES INC., a Delaware corporation,<br><br>Defendant. | Case No.:  2:25-cv-03279-DC-AC<br><br>Hon. Dena M. Coggins<br><br>**NOTICE OF SETTLEMENT** |

-1-

NOTICE OF SETTLEMENT

Plaintiff  IRMA RIOS ("Plaintiff") and through her undersigned counsel hereby gives the Court notice that Plaintiff and Defendant THE ESTEE LAUDER COMPANIES INC., a Delaware corporation ("Defendant") (collectively, the "Parties") have reached a settlement in this matter.

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates and deadlines, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Stipulation of Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: April 20, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

-2-

NOTICE OF SETTLEMENT